UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STATE OF WASHINGTON, DEPT. OF SOCIAL AND HEALTH SERVICES, | ) ) ) | CASE NO. C07-0128-JCC |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

The Court has reviewed the entire record, including the Administrative Record, the briefing of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 15);

(2) Defendant's Motion to Dismiss (Dkt. 8) is GRANTED and this case is DISMISSED with prejudice; and

ORDER
PAGE -1

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 24th day of August, 2007.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER
PAGE -2